**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DONN L. PATRICK,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV40 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNITED HEALTHCARE INSURANCE COMPANY and AARP GROUP MEDICAL ADVANTAGE PLAN,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' stipulation. The parties agree the AARP Insurance Plan was incorrectly named as "AARP Group Medical Advantage Plan" in the complaint and should be dismissed from the lawsuit. **See** Filing No. 14, ¶ 12(a). The parties' stipulation is adopted. **See** Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

**IT IS ORDERED:**

1. The AARP Insurance Plan, incorrectly named as AARP Group Medical Advantage Plan, is hereby dismissed as a defendant.

2. The Clerk of Court shall amend the case caption to reflect the change.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge