```
                                                              FILED
                                                         US DISTRICT COURT
                                                         DISTRICT OF NEBRASKA

                                                             JUL 27 2006
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
                                                         OFFICE OF THE CLERK
```

| | | |
|---|---|---|
| DONN L. PATRICK, | § § | |
| Plaintiff | § § | CIVIL NO. 8:06 CV 00040 |
| v. | § § | |
| UNITED HEALTHCARE INSURANCE COMPANY et al., | § § § | ORDER OF DISMISSAL WITH PREJUDICE |
| Defendants | § § | |

This matter coming before the Court on the stipulation of the parties and, it appearing that settlement has been reached.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled action should be, and hereby is dismissed with prejudice to the bringing of a new action, each party to pay their own court costs.

Dated this _27_ day of July, 2006.

BY THE COURT:

_____
United States District Court Judge


PREPARED AND SUBMITTED BY:

J. SCOTT PAUL, #16124
McGrath, North, Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
Phone - (402) 341-3070
Fax - (402) 341-0216
ATTORNEY FOR DEFENDANTS
UNITED HEALTHCARE INSURANCE
COMPANY, ET AL.

APPROVED AS TO FORM AND CONTENT:

Howard L. Neuhaus
3934 North 90 Street
Omaha, Nebraska 68134
Ph: 402-571-1196
Fax: 402-571-3729
ATTORNEY FOR PLAINTIFF
DONN L. PATRICK

2